IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BONNIE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv145-MHT |
| ) | (WO) |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION; et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss claim (doc. no. 57) is granted and that Count V of the first amended complaint is dismissed, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of July, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE